IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUXIER FINANCIAL GROUP, LLC | Case No.:  10-CV-02070-MJP |
| Plaintiffs, | |
| vs. | DEFENDANT QUALITY'S  INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. Pro. 26(a)(1) |
| QUALITY LOAN SERVICE  CORP. OF WASHINGTON, ET. AL. | |
| Defendants. | |

COMES NOW Defendant Quality Loan Service Corp. of Washington ("Quality"), by and through their counsel of record, to present initial disclosure of information pursuant to Fed. R. Civ. Pro. 26(a)(1).

1. Dave Owen, Quality Loan Service Corp. of Washington
   c/o Albert H. Lin
   19735 10th Ave. NE, Ste. N-200
   Poulsbo, WA 98370
   Phone: (206) 319-9100

Subject:  Mr. Owen has personal knowledge of the general practices and procedures by which defendant Quality conducts non-judicial foreclosure sales, as well as the specific facts surrounding the foreclosure sale that is the subject of this litigation.

1

Dated: February 24, 2011                    McCarthy & Holthus, LLP

2

3                                           /s/ Albert Lin

                                            Albert Lin, Esq., WSBA #28066
4                                           Alin@mccarthyholthus.com

                                            Attorney for Quality Loan Service
5                                           Corporation of Washington

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Fed. R. Civ. Pro 26(a)(1) Initial Disclosure
P a g e  | 2
MH# WA10-3957

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862

CERTIFICATE OF SERVICE

I certify that on February 24, 2011, I served a copy of the foregoing document in the manner specified on the following:

| | |
|---|---|
| Edward L. Mueller<br>Mueller & Associates Inc., PS<br>2050 112th Avenue NE, Ste. 110<br>Bellevue, WA 98004<br>elm@muellerlawfirm.net<br>Attorney for Plaintiff | ☐ Hand Delivery<br>☐ First Class Mail<br>X  Electronic Mail [via efiling]<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express |
| Fred B. Burnside<br>Matthew S. Sullivan<br>Davis Wright Tremaine<br>1201 Third Ave Suite 2200<br>Seattle, WA 98101<br>fredburnside@dwt.com<br>matthewsullivan@dwt.com | ☐ Hand Delivery<br>☐ First Class Mail<br>X  Electronic Mail [via efiling]<br>☐ Facsimile<br>☐ Process Server<br>☐ Federal Express |

I declare under penalty of perjury under the laws of the Unites States of America and the State of Washington that the foregoing is true and correct and that this Declaration was executed in Poulsbo, Washington.

Dated: February 24, 2011

_____/s/ Lindsay Jorgensen_____
Lindsay Jorgensen, Legal Assistant
McCarthy & Holthus, LLP

Fed. R. Civ. Pro 26(a)(1) Initial Disclosure
P a g e | 3
MH# WA10-3957

McCarthy & Holthus LLP
19735 10th Ave NE, Suite N-200
Poulsbo  WA  98370
PH: (206) 319-9100
FAX: (206) 780-6862