The Honorable Marsha J. Pechman

Edward L. Mueller, WSBA # 264
Mueller & Associates, Inc. P.S.
2050 112th Avenue, N.E., Suite 110
Bellevue, WA 98004
Tel. # (425) 457 7600
Fax # (425) 457 7601
e-mail: elm@muellerlawfirm.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT,
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUXIER FINANCIAL GROUP LLC, et. al<br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. of WASHINGTON; JP MORGAN CHASE BANK, N.A.; Bank of America N.A. as Successor by Merger to LASALLE BANK NA as TRUSTEE for Washington Mutual Mortgage Pass-through Certificates WaMu Series 2007- OA4 Trust, and as TRUSTEE for Washington Mutual Mortgage Pass-Through Certificates MWALT Series 2007 OC1 Trust.<br>　　　　　　　　　　　　Defendants. | No. 2:10-cv-02070 MJP.<br><br>**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT QUALITY LOAN SERVICE CORP., PURSUANT TO FRCP 41(a)(1).** |

　　　Plaintiff Auxier Financial Group, LLC, gives Notice of Voluntary Dismissal of its Claims in this Action against Defendant Quality Loan Service Corp., pursuant to FRCP 41(a)(1), and specifically retains all claims in the Complaint against each and all other named defendants.

**Notice of Voluntary Dismissal
of Claims Against Defendant
Quality Loan Service Corp.**　　　**- Page 1-**

The status of notices of appearances, pleadings and motions in this case is as follows:

1.  Plaintiff's Complaint was filed on December 24, 2010 (Dkt # 1).

2.  Defendants JP Morgan Chase Bank, N.A. and Bank of America, N.A. have appeared through legal counsel Fred B. Burnside and Mathew S. Sullivan of the law firm of Davis Wright Tremaine on January 3, 2011 (Dkt # 3).

3.  Defendant Quality Loan Service has appeared through its legal counsel Albert Lin of the law firm of McCarthy & Holthus on January 4, 2011 (Dkt # 4).

4.  No Defendant has served or filed an Answer, or served or filed a Motion for Summary Judgment or other dispositive motion in this case.  There are twelve (12) docket entries in the case.

Plaintiff retains and intends to pursue its claims against Defendants JP Morgan Chase Bank, N.A., and Bank of America , N.A., following this voluntary dismissal of its claims against Defendant Quality Loan Service Corp.

Dated August 26, 2011.

    Mueller & Associates, Inc. P.S.

    by: __/s/ Edward L. Mueller_____
        Edward L. Mueller, WSBA # 264
        Attorney for Plaintiff

**Notice of Voluntary Dismissal of Claims Against Defendant Quality Loan Service Corp.**     **- Page 2-**

**MUELLER & ASSOCIATES, INC., P.S.**
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601

**CERTIFICATE OF SERVICE.**

I hereby certify that on August 26, 2011, I caused a copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send e-mail notification of such filing to the following participants:

Legal counsel for Defendants JP Morgan Chase Bank N.A.
and Bank of America, N.A.:
  Fred B. Burnside, WSBA # 32491
  Matthew Sullivan WSBA # 40873
  of Davis Wright Tremaine LLP
  1201 Third Avenue, Suite 2200
  Seattle, WA 98101-3045
  Tel. # (206) 622-3150
  Fax: (206) 757-7700
  e-mail: fredburnside@dwt.com
  e-mail: matthewsullivan@dwt.com

Legal Counsel for Defendant Quality Loan Service Corp. of Washington
  Albert Lin, WSBA # 28066
  of McCarthy & Holthus, LLP
  19735 10th Ave. NE, Suite N200
  Poulsbo, WA 98370
  e-mail: Alin@McCarthyHolthus.com>

Dated August 26, 2011.

　　　　　　　　　　　　　　　　　　　　　  /s/ Edward L. Mueller
　　　　　　　　　　　　　　　　　　　　　Edward L. Mueller, WSBA # 264

Notice of Voluntary Dismissal
of Claims Against Defendant
Quality Loan Service Corp.        - Page 3-

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601