The Honorable Marsha J. Pechman

Edward L. Mueller, WSBA # 264
Mueller & Associates, Inc. P.S.
2050 112th Avenue, N.E., Suite 110
Bellevue, WA 98004
Tel. # (425) 457 7600
Fax # (425) 457 7601
e-mail: elm@muellerlawfirm.net
<u>Attorney for Plaintiffs</u>

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUXIER FINANCIAL GROUP LLC, et. al<br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. of WASHINGTON; JP MORGAN CHASE BANK, N.A.; Bank of America, N.A. as Successor by Merger to LASALLE BANK NA as TRUSTEE for Washington Mutual Mortgage Pass-through Certificates WaMu Series 2007- OA4 Trust, and as TRUSTEE for Washington Mutual Mortgage Pass-Through Certificates MWALT Series 2007 OC1 Trust.<br>Defendants. | No. 2:10-cv-02070 MJP.<br><br>PRAECIPE for SUBSTITUTION of DOCUMENT to CORRECT ERRATA |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Will you please file the document entitled Declaration of Josh Auxier in Support of

Plaintiff's Response in Opposition To Defendants' Motion for Summary Judgment (Corrected

**Praecipe for Summons**      - Page 1-

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601

1  Errata) enclosed herewith and substitute it for the Document filed early this morning as

2  Docket # 31.

3  Dated December 28, 2011.

                                                  Mueller & Associates, Inc. P.S.

                                                  by: /s/ Edward L. Mueller
                                                           Edward L. Mueller, WSBA # 264
                                                           Attorney for Plaintiff
                                                           Auxier Financial Group, LLC

**Praecipe for Summons**                   **- Page 2-**

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601