# Exhibit B-1

Attached to Declaration of Josh Auxier in Support of Plaintiff's Response in Opposition to Defendants' Motion For Summary Judgment.

Exhibit B-1
Attached to Declaration of Josh Auxier
In Support of Plaintiff's Response in Opposition
to Defendants' Motion For Summary Judgment



Master License Service
Department of Licensing
P O Box 9034
Olympia WA 98507-9034

**Master Business Application Record of Filing**

**Congratulations! The application has been submitted with the following information. Print this page for your records. This is your receipt.**

If you find any mistakes, please enter your corrections on the next screen.

### Filing Information

| | |
|---|---|
| Filing Date and Time: | Mar 10 2009 9:30:10:000PM Pacific Time |
| UBI Issued: | |
| Application Transaction #: | **20090695687** |
| | *(Refer to this number if you have questions about this application.)* |
| Credit Card Approval #: | **2367458100003322364262** |
| Last 5 digits of Credit Card #: | **76611** |
| Credit Card type: | **Visa** |

### Purpose of Application

Register Trade Name

### Ownership Structure

| | |
|---|---|
| Ownership Structure: | Limited Liability Company (LLC) |
| Is this application for a business with a Washington State location? | Yes |
| Will you have employees working in Washington State within 90 days? | No |
| Federal Employer ID Number (FEIN): | 010890861 |
| Unified Business ID (UBI): | 602708352 |
| Business ID: | 1 |
| Location ID: | 1 |
| Business Location Address: | 19210 3rd Ave S |
| Business Location City: | Des Moines |
| State: | WA |

### Business Information On File

| | |
|---|---|
| Legal Business Name: | AUXIER FINANCIAL GROUP LLC |
| Legal Name: | AUXIER FINANCIAL GROUP LLC |
| Date of Formation: | March 2007 |
| State of Formation: | WA |

### Governing Person(s)

**Person 1:**

| | |
|---|---|
| Title(s): | Member |
| Name: | JOSH AUXIER |
| Phone: | |
| Birth Date: | |
| SSN: | |
| Percent Owned: | |
| Does this Governing Person have a spouse? | |

**Business Information**

| | |
|---|---|
| Business Firm Name (doing business as): | AUXIER FINANCIAL GROUP LLC |
| Mailing Address: | 17837 1ST AVE S #169<br>NORMANDY PARK, WA 98148 |

**Business Location Information**

| | |
|---|---|
| Location Address: | 19210 3RD AVE S<br>DES MOINES, WA 98148 2114 |
| Is this business located within the city limits? | Yes |
| Do you want a separate tax return for each location or trade name? | Yes |
| First date of business: | March 2007 |
| Phone: | (206) 551-1786 |
| Fax Number: | (206) 242-3102 |
| Email Address: | josh@auxierfinancial.com |
| Estimated Gross Income: | $100,001 and above |
| Products sold and Services provided: | Business & Venture Consulting |
| Business activities in Washington State: | Services |

**Trade Name(s)**

| | |
|---|---|
| Business Firm Name (doing business as): | AUXIER FINANCIAL GROUP LLC |
| Have you previously registered this name as a Trade Name in Washington (under this ownership structure)? | Yes |
| New name(s): | International Business Brokers & Affiliates |

**Fee Review**

| | |
|---|---|
| Processing Fee: | $15.00 |
| Trade Name Registrations (1 x $5.00): | $5.00 |
| **Amount Charged to Credit Card:** | **$20.00** |

| | |
|---|---|
| Prepared by: | Josh R Auxier |
| Phone: | (206) 551-1786 |
| By checking this box, I declare under penalty of perjury under the laws of the State of Washington that I am the applicant or authorized representative of the firm making this application and that the information provided in this application, including any additional information provided separately, is true, correct and complete. | Yes |

**Your application has been completed and submitted. We will review your application within the next 24 business hours. Your license document will be mailed after all licenses are approved. Please allow 14 business days to receive your license in the mail.**

**Please Print this page for your records.**

[Continue]

# Exhibit B-2

## Attached to Declaration of Josh Auxier in Support of Plaintiff's Response in Opposition to Defendants' Motion For Summary Judgment.

Exhibit B-2
Attached to Declaration of Josh Auxier
In Support of Plaintiff's Response in Opposition
to Defendants' Motion For Summary Judgment

```
03/21/2009  13:59    4259486769         1ST CHOICE ESCROW                    PAGE  02
```

**A. SETTLEMENT STATEMENT**
U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OMB No 2502-026

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| ☐ FHA ☐ FmHA ☐ Conv. Unins. ☐ VA ☐ Conv. Ins. ☐ Cash | 6. File number: 091008 | 7. Loan Number. | 8. Mortgage Insurance Case No. | | |

C. Note: this form is furnished to give you a statement of actual settlement cost. Amounts paid to and by the settlement agent are shown. Items marked "(poc)" were paid outside the closing; they are shown here for informational purposes and are not included in totals.

| D. Borrower name/address | Auxier Financial Group LLC dba IBB&A | Josh Auxier/Owner |
|---|---|---|
| E. Seller name/address | Land Barons LLC dba LB Enterprises | Joe Sellars and Greg Greene/Owners |
| F. Lender name/address | | |
| G. Property Location Zip Code | | 0053800016201 |
| H. Settle. Agnt. Telephone No. | | I. Settlement Date: 03/23/2009 Place of Settlement   Final |

| J. SUMARY OF BORROWER'S TRANSACTION | | | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | | |
| 101. Contract sales price | 31000.00 | 401. | |
| 102. Personal property | | 402. | |
| 103. Settlement charges due to borrower(ln 1400) | 377.70 | 403. | |
| 104. Foreclosure cost | 17020.71 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | | |
| 106. C/T Tax  / /  To  / / | | 406. | |
| 107. County Tax  / /  To  / / | | 407. | |
| 108. Assessment  / /  To  / / | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 48398.41 | | |
| **200. AMOUNT PAID BY OR IN BEHALF OF BORROWER** | | | |
| 201. Deposit or earnest money | | 501. | |
| 202. Principal amount of new loan | | 502. | |
| 203. Existing loan(s) taken subject to | | 503. | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller in advance | | | |
| 210. C/T Tax  / /  To  / / | | 510. | |
| 211. County Tax  / /  To  / / | | 511. | |
| 212. Assessment  / /  To  / / | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | | | |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER** | | | |
| 301. Gross amount due from borrower (ln 120) | 48398.41 | 601. | |
| 302. Less amount paid by/for borrower (ln 220) | | 602. | |
| 303. Cash ☒ From Borrower ☐ To Borrower | 48398.41 | 603. | |

**ESCROW ACCOUNT**
Initial escrow account statement required by Section 10(c)(1) of the Real Estate Settlement Procedures Act (RESPA)
The terms of your loan require you to have an escrow account to assure that certain obligations relating to the mortgaged property, such as taxes, insurance premiums and other charges are paid. The amount specified below will be collected along with your mortgage principal and interest payments, each year while your account is open to pay these anticipated expenses.

Beginning Date:  / /     Your escrow account payment will be   0.00

| Payee | Purpose | Ante. Due Date | Estimated Annl. |
|---|---|---|---|
| | |  / / | |
| | |  / / | |
| | |  / / | |
| | |  / / | |
| | |  / / | |
| | | **Annual Total Payment** | 0.00 |

**SUBSTITUTE FORM 1099S STATEMENT:** The information contained in Blocks E, G, H, I and on lines 401, 406, 407 is important and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty will be imposed on you if this is required to be reported and the IRS determines that it has not been reported.

**SELLER INSTRUCTIONS:** If this real estate is your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION:** You are required to provide the Settlement Agent with your correct taxpayer identification number. If you don't provide this number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

_____                    _____
      (Seller's Signature)                                (Seller's Signature)

HUD Software from www.dlegal.com or call 1-800-544-4437

03/21/2009  13:59    4259486769              1ST CHOICE ESCROW              PAGE  03

## L. SETTLEMENT CHARGES

| | | | | | |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price 31000.00 @ 0.00 % = | | | | 0.00 | PAID FROM BORROWER'S FUNDS AT SETTLEMENT |
| Division of commission (line 700) as follows: | | | | | |
| 701. | To | | | | |
| 702. | | | | | |
| 703. Deposit of | 0.00 | | | | |
| 704. Commission paid at settlement | | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | | |
| 801. Loan origination fee | | | | | |
| 802. Loan discount | | | @ | 0.0000 | 0.00 |
| 803. Appraisal fee | | | @ | 0.0000 | 0.00 |
| 804. Credit report | | | | | |
| 805. Lender's inspection fee | | | | | |
| 806. Mortgage ins. appl. fee | | | | | |
| 807. Assumption fee | | | | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |
| 812. | | | | | |
| 813. | | | | | |
| 814. | | | | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | | |
| 901. Interest from  / /   To  / / | | | @ | 0.000000 | |
| 902. Mortgage insurance | Months to | | | | |
| 903. Hazard insurance | Months to | | | | |
| 904. | Months to | | | | |
| 905. | Months to | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER** | | | | | |
| 1001. Mortgage insurance | Months @ | per/Month | | | |
| 1002. Hazard insurance | Months @ | per/Month | | | |
| 1003. City property tax | Months @ | per/Month | | | |
| 1004. Co. property tax | Months @ | per/Month | | | |
| 1005. Annual assessments | Months @ | per/Month | | | |
| 1006. | Months @ | per/Month | | | |
| 1007. | Months @ | per/Month | | | |
| 1008. | Months @ | per/Month | | | |
| 1009. | | | | | |
| 1010. Aggregate Escrow Adjustment | | | | | |
| **1100. TITLE CHARGES** | | | | | |
| 1101. Settlement or closing fee | 1st Choice Escrow | | | | 390.00 |
| 1102. Abstract or title search | Sales TAx | | | | 26.70 |
| 1103. Title examination | | | | | |
| 1104. Title insurance binder | | | | | |
| 1105. Document preparation | | | | | |
| 1106. Notary fees | | | | | |
| 1107. Attorney's fees | | | | | |
| (includes above items) | | | | | |
| 1108. Title insurance | First American Title 1375754 | | | | |
| (includes above items) | | | | | |
| 1109. Lender's coverage | 0.00 | 0.00 | | | |
| 1110. Owner's coverage | 0.00 | 0.00 | | | |
| 1111. Escrow fee | | | | | |
| 1112. | | | | | |
| 1113. | | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER FEES** | | | | | |
| 1201. Recording fees: | Deed 51.00 | Mortgage | Release | | 51.00 |
| 1202. City/Co. Tax/stamps: | Deed | Mortgage | | | |
| 1203. State Tax/stamps: | Deed | Mortgage | | | |
| 1204. | | | | | |
| 1205. Excise TAX | | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | | |
| 1301. Survey | | | | | |
| 1302. Pest inspection | | | | | |
| 1303. Wire Fee | | | | | |
| 1304. Del & Con TAX | Sno Co Treasurer | | | | |
| 1305. | | | | | |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| **1400. TOTAL SETTLEMENT CHARGES** | | | | | 377.70 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_[signature] 3-21-09_
_Managing Member_
(Borrower's Signature)                              (Seller's Signature)

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Date: _____
(Settlement Agent)

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

HUD Software from www.dingel.com or call 1-800-544-4637

# Exhibit B-3

# Attached to Declaration of Josh Auxier in Support of Plaintiff's Response in Opposition to Defendants' Motion For Summary Judgment.

Exhibit B-3
Attached to Declaration of Josh Auxier
In Support of Plaintiff's Response in Opposition
to Defendants' Motion For Summary Judgment

March 19, 2009

Received

MAR 23 2009

Northwest Trustee Services, Inc.

Joseph T. Sellars
10929 36th Street Northeast
Lake Stevens, WA 98258

WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

Re: Full Reinstatement

  WaMu Loan Number >< 1174
  Mortgagor(s): Washington Mutual Bank
  Property Address: 2525 Center Road
          Everett, WA 98204
  Attorney/Trustee File No.: 7763.23843
  Due Date: 03/19/2009

**Bank of America**  **CASHIER'S CHECK**  19-2/1250 CK.# 5890401387

Purchaser: CHERIE L. GOLDSMITH  **VOID AFTER 90 DAYS**  ISSUE DATE March 23, 2009

PAY ***$17,020.71***  NOT VALID OVER $250,000

AMOUNT ***$17,020.71***

Pay to the order of: ***NORTHWEST TRUSTEE SERVICES***
***LOAN >< 1174***
***REFERENCE JOSEPH SELLARS***

Bank of America, N.A., Seattle, Washington
For inquiries contact (866) 217-4036

BY: _____
Authorized Signature

⑊5890401387⑊ ⑊125000024⑊ 2138 940⑊ 522

Northwest Trustee Services, Inc

CONFIDENTIAL  AUXIER001554

# Exhibit B-4

## Attached to Declaration of Josh Auxier in Support of Plaintiff's Response in Opposition to Defendants' Motion For Summary Judgment.

Exhibit B-4
Attached to Declaration of Josh Auxier
In Support of Plaintiff's Response in Opposition
to Defendants' Motion For Summary Judgment

Return Name & Address
17837 1st. Ave S. #169
Normandy PARK, WA, 98148

200904200647      3  PGS
04/20/2009 2:51pm $44.00
SNOHOMISH COUNTY, WASHINGTON

Document Title(s)

Memorandum of Contract

Reference Number(s) of Related Document(s)

_____

Additional Reference #'s on Page ____

Grantor(s)
Joseph Sellars / Gregory Greene
Additional Grantors on Page ____

Grantee(s)
dba: IBB&A
Additional Grantees on Page  2

Legal Description (abbreviated form: ie Lot/Block/Plat or Section/Township/Range)
Paine Field 3 BLK 000 D-02 E 85ft TR 162
Complete Legal on Page ____

Assessor's Property Tax Parcel/Account Number
# 00538000016202
Additional Parcel #'s on Page  2

The Auditor/Recorder will rely on the information provided on this form. The responsibility for the accuracy of the indexing information is that of the document preparer.

Page 1 of 2

Auxier Financial Group LLC
17837 1st Ave S # 169
Normandy Park, WA 98148
206-551-1786 phone
206-242-3102 fax



## AUXIER FINANCIAL GROUP LLC
### dba International Business Brokers & Affiliates
### Memorandum of Contract

This is a Memorandum of that unrecorded Contract for Sale and Purchase of Property ("Contract"), dated March 19th, 2009, between Joseph Sellars & Gregory Greene, (hereinafter referred to as "Seller"), and Auxier Financial Group LLC dba International Business Brokers & Affiliates, (herein after referred to as "Buyer") concerning the real property 2525 Center Rd, Everett, WA 98204, Snohomish County Parcel # 00538000016202 and Snohomish County Parcel # 00538000016201 described in Exhibit "A" attached hereto and made a part hereof by reference.

For good and valuable consideration, Seller has agreed to sell and Buyer has agreed to buy the Property upon the terms and conditions set forth in the Contract, which terms and conditions are incorporated in this Memorandum by this reference. Except as provided in the Contract from the date hereof, Seller shall not have the right, with respect to the Property to enter into any new contracts, leases or agreements, oral or written, without the prior written consent of Buyer.

This Memorandum is not a complete summary of the Contract. Provisions of this Memorandum shall not be used in interpreting the Contract. In the event of conflict between this Memorandum and the Contract, the Contract shall control.

IN WITNESS WHEREOF, the parties have executed this Memorandum on 4-14-09, 20___.

Witnesses: SELLER: Joseph Sellars & Gregory Greene

Name: Joseph Sellars       Date 4-14-09

Signature: _____

Name: Gregory Greene       Date 4-14-09

Signature: _____

PURCHASER: Auxier Financial Group LLC dba International Business Brokers & Affiliates

Name: _____       Date _____

Signature: _____

Name: _____       Date _____

Signature: _____

Page 2 of 2

Auxier Financial Group LLC
17837 1st Ave S # 169
Normandy Park, WA 98148
206-551-1786 phone
206-242-3102 fax



# AUXIER FINANCIAL GROUP LLC
dba International Business Brokers & Affiliates
## Memorandum of Contract

STATE OF _Wash_ ) COUNTY OF _Snohomish_ ) The foregoing instrument was acknowledged before me this _19th_ day of _April_ 20__ by _____ as Seller.

_Elizabeth Miller_ Notary Public
My Commission Expires: _8-29-2010_

STATE OF _____ ) COUNTY OF _____ )
The foregoing instrument was acknowledged before me this ___ day of _____, 20___, by _____ as Purchaser.

_____ Notary Public
My Commission Expires: _____