1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUXIER FINANCIAL GROUP LLC, )
)
          Plaintiff, )
)
    v. )
)
JP MORGAN CHASE BANK, N.A.; BANK OF )
AMERICA N.A. as Successor by Merger to )
LASALLE BANK N.A. as Trustee for )
Washington Mutual Mortgage Pass-through )
Certificates WaMu Series 2007-OA4 Trust, and )
for Washington Mutual Mortgage Pass-through )
Certificates MWALT Series 2007 OC-1 Trust, )
)
          Defendants. )

No. 10-cv-2070-MJP

DECLARATION OF FRED
BURNSIDE IN SUPPORT OF
SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT

***Note on Motion Calendar:***
**Friday, December 30, 2011**

I, Fred Burnside, hereby declare as follows:

    1.    ***Identity of Declarant and Summary of Materials.***  I am a partner in the law firm of Davis Wright Tremaine LLP.  I am one of counsel of record for defendants in this matter.  I make this declaration based on my personal knowledge for the purpose of authenticating documents attached to this Declaration.

    2.    ***Order in Marukyan v. JPMorgan Chase Bank, NA.***  I was counsel of record in prior litigation—Marukyan v. JPMorgan Chase Bank, NA, No. 10-0478JLR (W.D. Wash. 2010).  Mr. Mueller in that case filed untimely and serial declarations in response to Defendant's dispositive motion.  A true and correct copy of Judge Robart's opinion granting Defendant authorization to file a surreply is attached to this declaration as Exhibit A.

DECLARATION OF FRED BURNSIDE (10-cv-2070-MJP) — 1
DWT 18767845v1 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

3.     ***Plaintiff's Initial Disclosures.***   The Court's Order regarding Initial Disclosures set a deadline of February 28, 2011 to serve those disclosures.  Plaintiff's counsel sent me via email (unsigned) initial disclosures on March 7, 2011. A true and correct copy of that email and the attached disclosures are attached as Exhibit B to this declaration.

4.     **Plaintiff's Refusal to Answer Discovery Requests.**   I arranged for service of Defendant's First Set of Interrogatories and Requests for Production to Plaintiff Auxier Financial Group LLC on September 21, 2011.  A true and correct copy of those requests are attached as Exhibit C to this declaration.  I agreed to allow Plaintiff an additional 10 days to respond to those discovery requests, making them due on October 31, 2011.  Plaintiff did not respond to those requests on October 31, 2011.  On November 10, 2011, November 17, 2011, and November 28, 2011 my office contacted Mr. Mueller via email (I was copied or blind-copied on each) and on other dates telephonically to request that he provide us with responses.  Copies of those emails are attached as Exhibit D to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED THIS 30th day of December 2011, at Seattle, Washington.


By /s/ *Fred B. Burnside*
Fred Burnside

DECLARATION OF FRED BURNSIDE (10-cv-2070-MJP) — 2
DWT 18767845v1 0036234-000065

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward L. Mueller
elm@muellerlawfirm.net.

DATED this 30th day of December, 2011.

By s/ Fred Burnside
   Fred Burnside, WSBA # 32491
   Davis Wright Tremaine LLP
   1201 Third Avenue, Suite 2200
   Seattle, WA 98101-3045
   Ph: 206.622.3150  Fax: 206.757.7700
   Email: fredburnside@dwt.com

DECLARATION OF FRED BURNSIDE (10-cv-2070-MJP) — 3
DWT 18767845v1 0036234-000065

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRIAS MARUKYAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>Defendants. | CASE NO. C10-0478JLR<br><br>ORDER GRANTING LEAVE TO FILE SURREPLY |

Before the court is Defendant JPMorgan Chase Bank's ("Chase") motion to strike or, in the alternative, permission to file surreply (Dkt. # 13). For the reasons stated, the court GRANTS in part and DENIES in part the motion. Chase shall file a surreply consistent with this order no later than June 18, 2010.

On March 25, 2010, Chase moved to dismiss Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. # 3). Plaintiffs' response to the motion was due on April 12, 2010. *See* Local Rules W.D. Wash. CR 7(b). Prior to the due date, Plaintiffs' counsel requested an extension of the time to respond to the motion. Chase

ORDER- 1

1  agreed to the extension and the parties entered into a stipulation extending Plaintiffs'

2  deadline to respond by one week to April 19, 2010, and re-noting Chase's motion to

3  April 30, 2010. (Dkt. # 6.)

4      Plaintiffs failed to file a responsive brief on April 19, 2010. On April 22, 2010,

5  Plaintiffs' counsel, Edward L. Mueller, filed his own declaration attempting to clarify and

6  explain facts set forth in Plaintiffs' complaint and requesting leave to amend the

7  complaint to comport with new evidence disclosed by Chase during initial discovery in

8  this case. (*See generally* Mueller Decl. (Dkt. # 8).) According to Mr. Mueller, upon

9  reviewing the additional documentation provided by Chase that was attached to the

10  declaration of Brianne Siriwan, he realized that the complaint contains a claim that has no

11  merit. (*Id.* ¶ 10.) Mr. Mueller declared that he would file a motion for leave to amend

12  the complaint to remove the meritless claim and add a claim based on Chase's alleged

13  failure to provide two written copies of the Notice of Right to Rescind or the Truth in

14  Lending Disclosure Statement. (*Id.*) As of the date of this order, however, Plaintiffs

15  have not sought leave to amend their complaint.[1]

16      On April 26, 2010, a week after Plaintiffs' response was due, Plaintiffs filed two

17  declarations: Declaration of Andrias Marukyan and Declaration of Armine Eloyan

18  Marukyan (Dkt. ## 9, 10). The declarations set forth the facts Plaintiffs rely upon for

19  their claim that certain loan documents were not delivered to them, which they contend

20  

21      [1] Despite stating that he would file his motion for leave to amend "as soon as possible," it
    has been five weeks since Mr. Mueller discovered that Plaintiffs' complaint contains a claim that
22  lacks merit and he has not moved to amend the complaint. (Mueller Decl. ¶ 10.)

1   forms the predicate for their new claim against Chase pursuant to the Truth in Lending

2   Act. (*See generally* Andrias and Armine Marukyan Decl's.) As of April 26, 2010,

3   however, Plaintiffs still had not filed a response to Chase's motion to dismiss.

4        Chase filed a reply brief on April 29, 2010, addressing the three declarations filed

5   by Plaintiffs. (Dkt. # 11.) Chase filed its reply at 5:00 p.m. At three minutes to midnight

6   on the 29th, Plaintiffs finally filed their response to Chase's motion to dismiss.[2] (Dkt. #

7   12.) Chase now moves the court to strike the untimely responsive brief or, in the

8   alternative, permit Chase to file a surreply responding to the claims made in Plaintiffs'

9   response.

10       This court's principal objective in adjudicating matters before it is to ensure the

11  "just, speedy, and inexpensive determination of every action and proceeding." Fed. R.

12  Civ. P. 1. Counsel's dilatory conduct and disregard for this court's rules not only reflects

13  poorly on his ability to practice law but also is detrimental to his clients. Although the

14  court is persuaded by Chase's arguments in support of its motion to strike Plaintiffs'

15  untimely and over-length response, the court recognizes that this only further punishes

16  Plaintiffs for the fault of their attorney. Accordingly, the court cautions Mr. Mueller to

17  strictly adhere to all due dates in this matter or risk having Plaintiffs' pleading stricken

18  from the record. The court, however, grants Chase's motion to file a surreply to respond

19

20

21       [2] As Chase points out, the response was filed "at 11:57 p.m. on Thursday, April 2[9],
     2010—10 days late, seven hours after Chase already filed its reply . . ., and 3 minutes before the
22   Noting Date." (Mot. at 1.)

ORDER- 3

1  solely to the issues raised in Plaintiffs' untimely response to the motion to dismiss.  The

2  surreply shall be no longer than 12 pages and shall be filed no later than June 18, 2010.

3        Based on the foregoing, the court GRANTS in part and DENIES in part Chase's

4  motion to strike or, in the alternative, for permission to file surreply (Dkt. # 13).  The

5  clerk is directed to note the motion to dismiss (Dkt. # 3) for June 18, 2010.

6        Dated this 11th day of June, 2010.

7

8

9                                    JAMES L. ROBART
                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 4

# EXHIBIT B

**Burnside, Fred**

| | |
|---|---|
| **From:** | Ed Mueller <elm@muellerlawfirm.net> |
| **Sent:** | Monday, March 07, 2011 1:57 PM |
| **To:** | Sullivan, Matthew; alin@McCarthyHolthus.com |
| **Cc:** | Burnside, Fred |
| **Subject:** | Auxier Financia Group LLc v. Quality Loan Service Corp. et al -- Plaintiff's initial discl;osures |
| **Attachments:** | Plaintiff's Initial Disclosures-per FRCP 26(a)(1) (A) -.docx |

Matt and Albert,

Attached are Plaintiff's Initial disclosures.  The attachment is an advanced courtesy copy.   I apologize for their lateness.  I am sending  them with ABC Legal Services to Matt Sullivan, and by mail to Albert Lin.

Ed Mueller

The Honorable Marsha J. Pechman

Edward L. Mueller, WSBA # 264
Mueller & Associates, Inc. P.S.
2050 112th Avenue, N.E., Suite 110
Bellevue, WA 98004
Tel. # (425) 457 7600
Fax #  (425) 457 7601
e-mail: elm@muellerlawfirm.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT,
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AUXIER FINANCIAL GROUP LLC, et. al<br>Plaintiff,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORP. of WASHINGTON; JP MORGAN CHASE BANK, N.A.; Bank of America N.A. as Successor by Merger to LASALLE BANK NA  as TRUSTEE for Washington Mutual Mortgage Pass-through Certificates WaMu Series 2007- OA4 Trust, and as TRUSTEE for Washington Mutual Mortgage Pass-Through Certificates MWALT Series 2007 OC1 Trust.<br>Defendants. | No. 2:10-cv-02070 MJP.<br><br>Plaintiff's Initial Disclosures pursuant to FRCP 26(a)(1)(A) |

Plaintiff Auxier Financial Group, LLC, by and through its legal counsel of record submits the following as its Initial Disclosures pursuant to FRCP 26 (a)(1)(A.):

//

//

**Plaintiff's Initial Disclosures          - Page 1-**

1. **Name, address and telephone number, if known, or each individual likely to have discoverable information, etc. as provided in FRCP 26(a)(1)(A)(i):**

    A. Josh Auxier:
        Address: c/o Edward L. Mueller
                Mueller & Associates, Inc. P.S.
                2050 112th Ave. N.S., Ste 110
                Bellevue, WA 98004
                Telephone: (425) 456-7800

Mr. Auxier is the managing member of Plaintiff, Auxier Financial Services, LLC. He has knowledge of facts and the probable sources of facts that support the Plaintiff's complaint.

    B. Joseph R. Sellars:
        Address: 10929 36th Street NE[1]
                Lake Stevens, WA 98258
                Tel. # (425) 754-8862

Mr. Sellars is the one of the co-owners and the representative of the sellers of the real property located at 2525 Center Road, Everett, WA 98204, with whom Mr. Auxier and other persons representing Auxier Financial Group LLC dealt in arranging for the acquisition of that parcel of real property. He also is the sole signer of the promissory note dated February 22, 2007, payable to Washington Mutual Bank, FA, payment of which note is secured by the deed of trust recorded under Snohomish County Auditor's No. 200702270788, which deed of trust encumbers the property at 2525 Center Road Everett WA 98204. Mr. Sellars has knowledge of the acquisition by Auxier Financial Group, LLC of his (Joe Sellars) and Greg Greene's co-ownership interest in the property at 2525 Center Road, Everett, WA 98204,

.

---

[1] This is the last address and telephone number for Joseph Sellars known to Plaintiff.

Plaintiff's Initial Disclosures      - Page 2-

1   C.  Greg Greene:
    Address:  unknown to Plaintiff or Plaintiff's counsel at this time.

2      Mr. Greene was the co-owner with Mr. Sellars of the property at 2525 Center Road,

3   Everett, WA 98204.  Mr. Greene probably has some knowledge of the sale of his ownership of

4   an undivided part-interest in the property located at 2525 Center Road, Everett, WA 98204.

5   Plaintiff does not know the extent or limit of Mr. Greene's knowledge of the sale transaction to

6   Auxier Financial Group, LLC, or the earlier promissory note dated February 22, 2007, payable

7   to Washington Mutual Bank FA (which was  signed only by Joseph R. Sellars.) but Mr.

8   Greene did co-sign with Mr. Sellars the deed of trust also dated February 22, 2007, that

9   secures the payment of the note, and about 25 months later did co-sign with Mr. Sellars the

10  purchase and sale agreement and various closing documents, in the sale of the co-ownership

11  interest of Mr. Sellars and Mr. Greene to Auxier Financial Group LLC.  Presumably Mr.

12  Greene may have some knowledge of the events when he signed the various documents.

13

14  D.  Cherie Goldsmith:
    Address:  address and telephone number unknown to Plaintiff at this time.

15     Ms Goldsmith was the closing agent/LPO, representing 1st Choice Escrow.   She

16  handled the closing of the transaction by which Auxier Financial Group, LLC acquired the co-

17  ownership interest of Joseph R. Sellars and Greg Greene in the real property the address of

18  which is 2525 Center Road, Everett, WA 98204.  Presumably Ms Goldsmith may have some

19  knowledge and recollection of the closing, and the payments made in connection with the

20  closing.  In any event she probably would have knowledge of the location of the escrow

21  closing file.

22

**Plaintiff's Initial Disclosures**     **- Page 3-**

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601)

E.  Heidi Velez-Brown.
Address:  12209 55th Ave,
Marysville, WA 98271
Tel. #:  (360) 547-2458.

Ms Velez-Brown was one of the representatives of the buyer, Auxier Financial Group,

LLC, who had contact with Joseph R. Sellars regarding the sale of the real property at 2525

Center Road, Everett, WA 98204.  She probably has knowledge of such contacts.

F.  Maurine Chapman.
Address:   205 S Dunham Ave [2]
Arlington, WA 98223
Mailing address: P.O. Box 646,[3]
Arlington. WA 98223
Tel. # (206) 407 8141

Ms. Chapman was a representative of the Buyer, Auxier Financial Group. LLC,  who

kept the minutes of the meeting authorizing Heidi Velez-Brown to act as representative of

Auxier Financial Group, LLC to arrange the purchase of the owners' interests of Joseph R.

Sellars and Greg Greene in that real property the address of which is 2525 Center Road,

Everett, WA 98204.  She may have information concerning the negotiations for the acquisition

by Auxier Financial Group LLC of the owner's interest of Mr. Sellars and Mr. Greene.

G.  An individual female representative  of the Successor Trustee (Quality Loan

Service Corp. with Mr. Auxier spoke by telephone ay (866)745-7711 on or about

October 18-20, 2010 requesting an updated reinstatement figure on the loan to

---

[2]  This address is unverified, but it is the last address for this person known to Plaintiff.
[3]  This mailing address has been confirmed by Ms Chapman.

**Plaintiff's Initial Disclosures      - Page 4-**

MUELLER & ASSOCIATES, INC., P.S.
ATTORNEYS AT LAW
2050 – 112th Avenue N.E. Suite 110
Bellevue, Washington 98004
Ph. (425) 457-7600; FAX (425) 457-7601)

1    avoid the second foreclosure may have some knowledge of the calls.  The address

2    at which she was located is not known to Plaintiff or Mr. Auxier.

3    Plaintiff believes that individual may have kept a record of the telephone calls.

4    H. An individual male representing the Servicer (JPMorgan Chase Bank, N.A.) with

5    whom Mr. Auxier spoke by telephone at (800) 848-9136 on or about

6    October 18-20, 2010 requesting an updated reinstatement figure on the loan to

7    avoid the second foreclosure may have some knowledge of the calls.  The address

8    at which the Servicer's representative was located is not known to Plaintiff or Mr.

Auxier.

9    Plaintiff believes that individual may have kept a record of the telephone calls.

10

11

12   **2.  Documents described by category and location that are in the possession
      custody or control of Plaintiff, and may be used to support its claims or defenses,
      etc. as provided in FRCP 26(a)(1)(A)(ii):**

13

14   Plaintiff has possession, custody or control of the following categories of documents:

15   A. Documents related to the purchase of the co-ownership interests of Joseph
      R. Sellars and Greg Green of the real property at 2525 Center Road, Everett,
16    WA 98204.  Copies of the documents are in possession of Plaintiff.

17   B. Documents showing reinstatement of the loan that was in foreclosure at the
      time Auxier Financial Group, LLC acquired the real property at 2525 Center
18    Road, Everett, WA 98204 from Joseph R. Sellars and Greg Greene.  Copies of the
      documents are in the possession of or obtainable by Plaintiff.

19   Copies of the documents will be produced for review and copying at the request of any
20   defendants.

21   **3.  A computation of each category of damages claimed by the disclosing party, as
      provided in FRCP 26(a)(1)(A)(iii):**

22

Plaintiff's Initial Disclosures        - Page 5-

1    Plaintiff has not yet had sufficient information to compute possible damages related to

2  its claims in the complaint.   Plaintiff reasonably expects that such damages probably cannot be determined until some of its discovery has been done.

3  **4. Identification of any insurance as provided in <u>FRCP 26(a)(1)(A)(iv):</u>**

4    Plaintiff knows of no such insurance policy at this time.  Discovery by Plaintiff may identify such insurance.

5  Dated March 7, 2011.

Mueller & Associates Inc. P.S.

6

By _____

7                                                Edward L. Mueller WSBA # 264

8                                                Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

**Plaintiff's Initial Disclosures       - Page 6-**

# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUXIER FINANCIAL GROUP LLC, | No. C 10-2070 MJP |
| Plaintiff, | DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO PLAINTIFF AUXIER FINANCIAL GROUP LLC |
| v. | |
| JP MORGAN CHASE BANK, N.A.; Bank of America N.A. as Successor by Merger to LASALLE BANK N.A. as TRUSTEE for Washington Mutual Mortgage Pass-through Certificates WaMu Series 2007-OA4 Trust, and for Washington Mutual Mortgage Pass-Through Certificates MWALT Series 2007 OC-1 Trust, | |
| Defendants. | |

TO:        Auxier Financial Group LLC, Plaintiff;

AND TO:   Ed Mueller, Mueller & Associates, Attorneys for Plaintiff.

## I. INSTRUCTIONS

In accordance with the Federal Rules of Civil Procedure, Defendants request that you answer the following discovery requests fully and under oath. Pursuant to Fed. R. Civ. P. 33, you are to serve your written responses to the interrogatories on counsel for Defendants within 30 days after service of these requests. In accordance with Fed. R. Civ. P. 34, Defendants also request that you produce, or permit it to inspect and copy, the documents and things specified

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   in these requests for production.  Please produce the designated documents at the law offices of

2   Davis Wright Tremaine LLP, Suite 2200, 1201 Third Avenue, Seattle, Washington, 98101-

3   3045, at a mutually agreed-upon time within 30 days of the date of service of these requests.

4       In answering these interrogatories and requests for production of documents, furnish

5   such information as is available to you, regardless of whether this information is obtained

6   directly by you, through your agents or representatives, or anyone acting on your behalf or on

7   their behalf.  If you cannot answer these interrogatories and requests for production in full,

8   answer to the extent possible, specify the reasons for your inability to answer the remainder,

9   and state whatever information or knowledge you have concerning the unanswered portion.

10      Please note that certain of these discovery requests are continuing in nature.  If you

11  obtain, directly or indirectly, additional information as defined by Fed. R. Civ. P.  26(e)

12  between the time your answers and responses are served and the time of trial, you must

13  promptly bring such information to Defendants' attention through supplemental answers and

14  responses.  If any such information or documentation is not furnished, Defendants may move to

15  exclude from evidence such information or documentation, or for other appropriate relief.

16      If your answer to any interrogatory is "N/A" or "not applicable," describe in detail your

17  reasons for making such a reply.

18      Documents produced in response to Defendants' request for production of documents

19  pursuant to Fed. R. Civ. P. 34 should be expressly identified by reference to the request for

20  production to which they pertain.

## II. PRIVILEGE

22      If you claim any privilege with respect to any information called for by an interrogatory

23  or a request for production or any part thereof, identify the type of privilege which is claimed,

24  state the basis for the claim of privilege, identify the communication, document or other item as

25  to which the privilege is claimed, and state the subject matter thereof.  If you claim any such

26  privilege, you should nevertheless answer or respond to the interrogatory or request for

27  production to the extent that it calls for information as to which you do not claim a privilege.

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 2
DWT 18248682v2 0036234-000065

### III. DEFINITIONS

A.    "You," "your," "Plaintiff," or "Auxier" refers to Plaintiff Auxier Financial Group LLC and all present and former attorneys, agents, representatives, employees or other persons who possess, or who have obtained information for or on behalf of the Plaintiff.

B.    "Defendants" are JPMorgan Chase Bank, N.A. ("Chase"), and Bank of America, N.A. ("Bank of America"), both singularly and collectively, as well as any of their employees, agents, attorneys, or other representatives.

C.    "Property" refers to the real property identified by a common address of 2525 Center Road, Everett, Washington 98204 and a tax parcel number of 005380-000-162-02. A legal description of the Property is found on page 3 of the Complaint.

D.    "Loan" refers to the $298,000 loan Washington Mutual Bank, FA extended to Joseph Sellars in February 2007.

C.    "Person" refers to and includes any individual, corporation, partnership, association, labor union, or any other form of business, social or legal entity.

D.    "Document" has the same expansive meaning as identified in Federal Rule of Civil Procedure 34(a)(1)(A). The term "document" includes documents the person responding to the interrogatory possesses, as well as documents that other persons possess of which the person responding is aware.

E.    To "identify" a natural person, means to state the full name or assumed name of the individual, the individual's present or last known business and home address, the individual's present or last known business and home phone numbers, the individual's present or last known business affiliation and titles; and, if different, the individual's business affiliation and titles at the time to which the interrogatory or your response to the interrogatory refers.

F.    To "identify" a document means to state its title and date; identify the author or person who prepared it and any signatories to it; give the type of document (e.g., letter, memorandum, agreement, etc.); its present location and the name and address of the custodian;

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 3
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1 and a statement of the subject and substance of the document, or principal terms and

2 provisions. If the document so identified was, but is no longer, in your possession, custody and

3 control, state what disposition has been made of it.

4       G.     To "identify" a communication means to set forth the date, time, and location of

5 the communication, the persons present, the substance of the communication, and whether any

6 documents exist that memorialize or otherwise relate to the communication.

7       H.     "Describe" means to fully, faithfully, and accurately set forth every fact and/or

8 circumstance, including omissions, which in any way relates to the manner in inquiry.

9 **IV. OBJECTIONS**

10      If you object to answering any interrogatory or request for production, in whole or in

11 part, state your objection and the factual or legal reasons supporting it.

12

13 **V. INTERROGATORIES AND REQUESTS FOR PRODUCTION**

14

15     <u>INTERROGATORY NO. 1:</u> Identify all persons who participated in the preparation of

16 your answers to these interrogatories and responses to requests for production, including all

17 persons who provided information or documents that were used in preparing your responses to

18 these discovery requests.

19     <u>ANSWER:</u>

20

21

22

23     <u>REQUEST FOR PRODUCTION NO. 1:</u>  Produce a copy of the Real Estate Contract

24 dated March 19, 2009, between Auxier, Joseph Sellars, and Greg Greene.

25     <u>RESPONSE:</u>

26

27

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 4
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2      REQUEST FOR PRODUCTION NO. 2:  Produce a copy of the "12 month extension"

3  Auxier entered into with Mr. Sellars in 2010, which is referenced in Mr. Sellars' voluntary

4  bankruptcy petition, filed in U.S. Bankruptcy Court for the Western District of Washington

5  under cause number 10-14955-KAO.

6      RESPONSE:

7

8

9

10     REQUEST FOR PRODUCTION NO. 3:  Produce a copy of any other agreement or

11  contract between Auxier, Joseph Sellars, and/or Greg Greene that relates to the Loan or the

12  Property, including but not limited to any agreement entered into after the execution of the Real

13  Estate Contract.

14     RESPONSE:

15

16

17

18     REQUEST FOR PRODUCTION NO. 4:  Produce copies of all documents relating to

19  your acquisition of your interest in the Property or the Loan, including, but not limited to,

20  correspondence, memoranda, drafts of the Real Estate Contract referenced in Request for

21  Production No. 1, and title reports.

22     RESPONSE:

23

24

25

26     REQUEST FOR PRODUCTION NO. 5:  Produce copies of all documents that evidence

27  negotiations between Auxier and any other entity that refer to:

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 5
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    1.  The Loan;

2    2.  The Real Estate Contract between Auxier, Mr. Sellars, and Mr. Greene;

3    3.  The 12-month extension between Auxier and Mr. Sellars;

4    4.  Any interest in the Property.

5    RESPONSE:

6

7

8

9    INTERROGATORY NO. 2:  Identify each and every entity you made monthly

10   mortgage payments to and list the dates you made those payments.

11   ANSWER:

12

13

14

15   REQUEST FOR PRODUCTION NO. 6:  Produce all documents evidencing, reflecting,

16   supporting, and/or undermining your response to the preceding Interrogatory, including

17   cancelled checks or money orders.

18   RESPONSE:

19

20

21

22   INTERROGATORY NO. 3:  Explain the relationship between Auxier and Mr. Sellars,

23   identifying how Mr. Sellars first became acquainted with Auxier, the date of the first meeting

24   between Auxier and Mr. Sellars regarding the Property, and any other business deals between

25   Mr. Sellars and Auxier.

26   ANSWER:

27

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 6
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2

3  **REQUEST FOR PRODUCTION NO. 7**:  Produce all correspondence or other written

4  communication between Auxier and Mr. Sellars about the Property, the Loan, the Real Estate

5  Contract, or the 12-month extension (referenced in Request for Production No. 2), including,

6  but not limited to, emails.

7       **RESPONSE:**

8

9

10

11       **INTERROGATORY NO. 4**:  Explain the relationship between Auxier and Mr. Greene,

12  identifying how Mr. Greene first became acquainted with Auxier, the date of the first meeting

13  between Auxier and Mr. Greene regarding the Property, and any other business deals between

14  Mr. Greene and Auxier.

15       **ANSWER:**

16

17

18

19       **REQUEST FOR PRODUCTION NO. 8**:  Produce all correspondence or other written

20  communication between Auxier and Mr. Greene about the Property, the Loan, the Real Estate

21  Contract, or the 12-month extension (referenced in Request for Production No. 2), including,

22  but not limited to, emails.

23       **RESPONSE:**

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1  INTERROGATORY NO. 5: Identify each and every instance you contacted Chase or

2  Quality Loan Service to request a reinstatement quote for the Loan by identifying the date of

3  each contact, the individual you spoke with, and the result of the contact.

4  ANSWER:

5

6

7

8  REQUEST FOR PRODUCTION NO. 9: Produce all documents that evidence each of

9  the instances identified in your response to Interrogatory No. 6.

10  RESPONSE:

11

12

13

14  REQUEST FOR PRODUCTION NO. 10: Produce all documents that you provided to

15  Chase or Quality Loan Service that would authorize either entity to release information about

16  the Loan to you.

17  RESPONSE:

18

19

20

21  INTERROGATORY NO. 6: Identify each and every basis for your assertion that "both

22  Quality Loan Service & JPMorgan [sic] were simply attempting to delay" providing you with

23  reinstatement figures for the Loan, as set forth in paragraph 2.7 of the Complaint.

24  ANSWER:

25

26

27

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 8
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    <u>REQUEST FOR PRODUCTION NO. 11</u>: Produce copies of all documents evidencing,

2   reflecting, supporting, or undermining your answer to the preceding Interrogatory.

3    <u>RESPONSE</u>:

4

5

6    <u>INTERROGATORY NO. 7</u>: Identify the steps you undertook to research the

7   ownership of the Loan, including but not limited to the steps you undertook to determine if the

8   loan was securitized.

9    <u>ANSWER</u>:

10

11

12

13    <u>REQUEST FOR PRODUCTION NO. 12</u>: Produce copies of all documents evidencing,

14   reflecting, supporting, and/or undermining your answer to the preceding Interrogatory.

15    <u>RESPONSE</u>:

16

17

18

19    <u>REQUEST FOR PRODUCTION NO. 13</u>: Produce all documents that relate or refer to

20   the Property or the Loan.

21    <u>RESPONSE</u>:

22

23

24

25    <u>INTERROGATORY NO. 8</u>: Identify each person, including current or former

26   employees of Defendants, friends, family members, etc., with whom you have discussed the

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1   allegations in this lawsuit. For each person, please include their name, phone and address, the

2   date of the conversation(s), and any other witnesses to or participants in the conversation.

3       ANSWER:

4

5

6

7

8       INTERROGATORY NO. 9: Identify every factual basis for your belief that you have

9   contractual or other rights with respect to Defendants that arise from a loan to Mr. Sellars and

10  Mr. Greene.

11      ANSWER:

12

13

14

15      REQUEST FOR PRODUCTION NO. 14: Produce all documents that support,

16  undermine, or otherwise address your responses to the preceding Interrogatory.

17      RESPONSE:

18

19

20

21      REQUEST FOR PRODUCTION NO. 15: Produce all documents that evidence, refer

22  to, or involve the bankruptcy action initiated by Mr. Sellars and his wife in April 2010, which

23  was pending in the U.S. Bankruptcy Court for the Western District of Washington under cause

24  no. 10-14955-KAO, including but not limited to documents you filed with the court,

25  correspondence, and memoranda.

26      RESPONSE:

27

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 10
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2

3       INTERROGATORY NO. 10:   Describe each element of the damages you seek to recover,

4   stating the dollar amount of each element of your claimed damages, the manner in which you

5   calculate each element of your claimed damages, and the basis for that calculation.

6       ANSWER:

7

8

9

10      REQUEST FOR PRODUCTION NO. 16:   Produce all documents that support,

11  undermine, or otherwise address your responses to the preceding Interrogatory.

12      RESPONSE:

13

14

15

16      INTERROGATORY NO. 11:   Identify each action by each Defendant that caused you

17  harm, and how you were harmed as a result.

18      ANSWER:

19

20

21

22      REQUEST FOR PRODUCTION NO. 17:   Produce all documents that support,

23  undermine, or otherwise address your responses to the preceding Interrogatory.

24      RESPONSE:

25

26

27

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 11
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    INTERROGATORY NO. 12:  Identify each provision of the Washington Deed of Trust

2    Act that each Defendants allegedly violated, and the facts supporting that alleged violation(s).

3         ANSWER:

4

5

6

7         REQUEST FOR PRODUCTION NO. 18:  Produce all documents that support,

8    undermine, or otherwise address your responses to the preceding Interrogatory.

9         RESPONSE:

10

11

12

13        INTERROGATORY NO. 13:  Identify each per se unfair trade practice (as identified by

14   the Washington Legislature) that you claim each Defendant has committed.

15        ANSWER:

16

17

18

19        REQUEST FOR PRODUCTION NO. 19:  Produce all documents that support,

20   undermine, or otherwise address your responses to the preceding Interrogatory.

21        RESPONSE:

22

23

24

25

26        INTERROGATORY NO. 14:  Identify each deceptive act or practice you claim each

27   Defendant has committed.

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 12
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1    <u>ANSWER</u>:

2

3

4

5    <u>REQUEST FOR PRODUCTION NO. 20</u>: Produce all documents that support,

6    undermine, or otherwise address your responses to the preceding Interrogatory.

7    <u>RESPONSE</u>:

8

9

10

11

12    <u>INTERROGATORY NO. 15</u>: Identify each action by each Defendant that has the

13    capacity to deceive a substantial portion of the public.

14    <u>ANSWER</u>:

15

16

17

18

19    <u>INTERROGATORY NO. 16</u>: Identify each action by each Defendant that impacts the

20    public interest.

21    <u>ANSWER</u>:

22

23

24

25    <u>INTERROGATORY NO. 17</u>: Explain how the conduct of each Defendant caused

26    injury to your business or property.

27    <u>ANSWER</u>:

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 13
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2

3      <u>REQUEST FOR PRODUCTION NO. 21</u>:  Produce all documents that support,

4 undermine, or otherwise address your responses to the preceding Interrogatory.

5      <u>RESPONSE</u>:

6

7

8

9

10      <u>INTERROGATORY NO. 18</u>:  With respect to your slander of title claim, identify each

11 false statement made by each Defendant.

12      <u>ANSWER</u>:

13

14

15

16      <u>REQUEST FOR PRODUCTION NO. 22</u>:  Produce all documents that support,

17 undermine, or otherwise address your responses to the preceding Interrogatory.

18      <u>RESPONSE</u>:

19

20

21

22

23      <u>INTERROGATORY NO. 19</u>:  With respect to your slander of title claim, identify all

24 facts evidencing that any Defendant acted maliciously toward you.

25      <u>ANSWER</u>:

26

27

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2    REQUEST FOR PRODUCTION NO. 23: Produce all documents that support,

3 undermine, or otherwise address your responses to the preceding Interrogatory.

4    RESPONSE:

5

6

7

8

9    INTERROGATORY NO. 20: With respect to your slander of title claim, explain the

10 factual bases for any pecuniary loss you suffered as a result of any allegedly false statement

11 made by a Defendant.

12    ANSWER:

13

14

15

16

17    REQUEST FOR PRODUCTION NO. 24: Produce all documents that support,

18 undermine, or otherwise address your responses to the preceding Interrogatory.

19    RESPONSE:

20

21

22

23

24    INTERROGATORY NO. 21: With respect to your slander of title claim, identify all

25 facts showing that any allegedly false statement made by a Defendant defeated your title to the

26 property at issue in this litigation.

27    ANSWER:

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 15
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1

2

3    <u>REQUEST FOR PRODUCTION NO. 25</u>:  Produce all documents that support,

4    undermine, or otherwise address your responses to the preceding Interrogatory.

5       <u>RESPONSE</u>:

6

7

8

9

10   <u>REQUEST FOR PRODUCTION NO. 26</u>:  Please produce any written or recorded

11   statements you have taken from anyone relating to any of the claims, defenses, contentions,

12   allegations or facts in this litigation.

13      <u>RESPONSE</u>:

14

15

16

17      DATED this 21st day of September, 2011.

18                                Davis Wright Tremaine LLP
                                  Attorneys for Defendants
19

20                                By
21                                   Fred B. Burnside, WSBA #32491
                                     Matthew Sullivan, WSBA #40873
22

23

24

25

26

27

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 16
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on this day I caused a copy of the foregoing document to be served upon the following:

Edward L. Mueller                     ( )    By U.S. Mail
Mueller & Associates, Inc., P.S.      ( )    By Federal Express
2320 120th Avenue NE, Suite E0250     ( )    By Facsimile
Bellevue, WA  98005                   (X)    By Messenger

Dated at Seattle, Washington this 21st day of September, 2011.

Anita Griffin

DEFENDANTS' FIRST DISCOVERY REQUESTS (C10-2070 MJP) — 17
DWT 18248682v2 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# EXHIBIT D

## Burnside, Fred

| | |
|---|---|
| **From:** | Sullivan, Matthew |
| **Sent:** | Thursday, November 10, 2011 10:42 AM |
| **To:** | Ed Mueller |
| **Cc:** | Sullivan, Matthew |
| **Subject:** | Outstanding Auxier Discovery |

Ed,

What's the status of the responses to our discovery requests in Auxier? Last Thursday, you told me you would provide them by the end of last week. When can we expect responses?

Thanks.

**Matt Sullivan** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8257 | Fax: (206) 757-7257
Email: matthewsullivan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

## Burnside, Fred

| | |
|---|---|
| **From:** | Sullivan, Matthew |
| **Sent:** | Thursday, November 17, 2011 2:42 PM |
| **To:** | Ed Mueller |
| **Cc:** | Sullivan, Matthew; Burnside, Fred |
| **Subject:** | RE: Outstanding Auxier Discovery |

Ed,

Just left a voicemail message for you. When can we expect Auxier's discovery responses? As you know, deadlines are fast approaching and you told me you'd provide responses to us two weeks ago.

**Matt Sullivan** | Davis Wright Tremaine LLP

**From:** Sullivan, Matthew
**Sent:** Thursday, November 10, 2011 10:42 AM
**To:** Ed Mueller
**Cc:** Sullivan, Matthew
**Subject:** Outstanding Auxier Discovery

Ed,

What's the status of the responses to our discovery requests in Auxier? Last Thursday, you told me you would provide them by the end of last week. When can we expect responses?

Thanks.

**Matt Sullivan** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8257 | Fax: (206) 757-7257
Email: matthewsullivan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.

## Burnside, Fred

| | |
|---|---|
| **From:** | Sullivan, Matthew |
| **Sent:** | Monday, November 28, 2011 11:26 AM |
| **To:** | Ed Mueller |
| **Cc:** | Sullivan, Matthew; Burnside, Fred |
| **Subject:** | Auxier's Discovery Responses |

Ed,

Please provide us with an update on when we can expect Auxier Financial's discovery responses. As you know, the discovery deadline has already passed and we are fast approaching the dispositive motion deadline. We need Auxier Financial's discovery responses to move this case forward.

Thanks.

**Matt Sullivan** | Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200 | Seattle, WA 98101
Tel: (206) 757-8257 | Fax: (206) 757-7257
Email: matthewsullivan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.