The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUXIER FINANCIAL GROUP LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JP MORGAN CHASE BANK, N.A.; Bank of ) <br> America N.A. as Successor by Merger to ) <br> LASALLE BANK N.A. as TRUSTEE for ) <br> Washington Mutual Mortgage Pass-through ) <br> Certificates WaMu Series 2007-OA4 Trust, and ) <br> for Washington Mutual Mortgage Pass-Through ) <br> Certificates MWALT Series 2007 OC-1 Trust, ) <br> ) <br> Defendants. ) | No. C10-2070 MJP <br><br> DEFENDANTS' NOTICE OF INTENT TO FILE A SECOND SURREPLY |

Pursuant to Local Rule 7(g)(1), Defendants file this Notice of Intent to File a Second Surreply. The second surreply will address issues raised by Plaintiff's untimely filings of its Response to Defendants' Motion for Summary Judgment and supporting declarations thereto.

Defendants filed their motion for Summary Judgment on December 8, 2012, noting it for consideration on December 30 [Dkt. 22]. The deadline for Plaintiff to file its opposition brief was Tuesday, December 27 (because Monday, December 26 was a holiday). Local Rule 7(d)(3). Plaintiffs did not file any opposition brief on that date, so at about 1:00 a.m. on the morning of December 28, Defendants filed their reply brief [Dkt. 30]. Later that day, Plaintiff filed a Declaration of Josh Auxier, which was unsigned [Dkt. 31]. On December 30, the

DEFENDANTS' NOTICE OF INTENT TO FILE
SECOND SURREPLY (C10-2070 MJP) — 1
DWT 18922186v1 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

deadline for Defendants to file a reply brief, Defendants filed a timely surreply that addressed the "facts" and arguments set forth in Mr. Auxier's declaration [Dkt. 34].  Later, on the day of December 30, Plaintiff's counsel filed a declaration which purported to be "In Support of Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment" [Dkt. 33], but Plaintiff had not yet filed an opposition brief.

Earlier today, exactly one month after the deadline for Plaintiff to oppose Defendants' summary judgment motion, Plaintiff filed an opposition brief along with supporting documentation.  Plaintiff's counsel claims that a combination of moving offices, being a slow typer, and "significant snow and wind" prevented Plaintiff from filing these documents at any time during the last month, even though Plaintiff's counsel began work on them on December 19, 2011.  *See* Mueller Decl., [Dkt. 38] ¶¶ 3-5, 12-14.

DATED this 26th day of January, 2012.

> Davis Wright Tremaine LLP
> Attorneys for Chase and Bank of America
>
> By */s/ Matthew Sullivan*
> Fred B. Burnside, WSBA #32491
> Matthew Sullivan, WSBA #40873
> E-mail: fredburnside@dwt.com
> E-mail: matthewsullivan@dwt.com

DEFENDANTS' NOTICE OF INTENT TO FILE
SECOND SURREPLY (C10-2070 MJP) — 2
DWT 18922186v1 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on January 26, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Edward L. Mueller
  elm@muellerlawfirm.net

DATED this 26th day of January, 2012.

*Sheila Rowden* (signature)
Sheila Rowden

DEFENDANTS' NOTICE OF INTENT TO FILE
SECOND SURREPLY (C10-2070 MJP) — 3
DWT 18922186v1 0036234-000065

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax